**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00999-CV

### LOUIS MARTIN, JR., Appellant

### V.

### U.S. MERCHANTS FINANCIAL GROUP, INC., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15757**

## ORDER

The Court has before it the request of Vielica Dobbins, Official Court Reporter of the 134th Judicial District Court, for an extension of time in which to file the reporter's record. The Court **GRANTS** the request and **ORDERS** that the reporter's record be filed by September 30, 2013.

/s/     ELIZABETH LANG-MIERS
        JUSTICE